IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DENNIS V. BAKER,**

    **Plaintiff,**

**v.**                                                **CASE NO.  4:14-cv-253-MW/CAS**

**MICHAEL D. CREWS,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation, ECF No. 3, filed May 29, 2014.   Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.   The Clerk shall **transfer** the case file and any service copies to the United States District Court for the Southern District of Florida.

**SO ORDERED on July 2, 2014.**

                                                     **s/Mark E. Walker               **
                                                     **United States District Judge**